UNITED STATES DISTRICT COURT
Southern District of Florida

GARY RIESS
_____
Plaintiff,

CASE NO: _____

VS.

Broward County Sheriff Office ie, AL.
DR. Gregory Tony, Deputy Bradshaw,
Sgt. Silver, Sgt. John Doe
_____
Defendants,

Complaint for Violation of
Civil Rights
(Prisoner Complaint)

## I. The parties to this Complaint

### A. The Plaintiff

Name: GARY RIESS
ID Number: 053/835
Current institution: Palm Beach County Jail
Main Detention Center
P.O. Box 24716
West Palm Beach, FL.
33416

pg 1 of 14

B. The Defendant's

Defendant No. 1
Name: Dr. Gregory Tony
is employed as: Sheriff
Employer: Broward County Sheriff
Address: 2601 W. Broward Blvd
Ft. Lauderdale, FL. 33312

☐ Individual Capacity    ☒ Official Capacity

Defendant No. 2
Name: Deputy Bradshaw
is employed as: North Broward Bureau Jail Deputy
Employer: Broward County Sheriff
Address: 1550 North Blount Road
Pompano Beach, FL. 33069

☒ Individual Capacity    ☒ Official Capacity

Defendant No. 3
Name: Sgt. Silver
Is employed as: Deputy Sargent
Employer: Broward County Sheriff
Address: 1550 North Blount Road
Pompano Beach, FL. 33069

☒ Individual Capacity    ☒ Official Capacity

Pg 2 of 14

Defendant No. 4
Name: Sgt. John Doe
is employed as: Deputy Sargent
Employer: Broward County Sheriff
Address: 1550 North Blount Road
Pompano Beach, FL. 33069

☒ Individual Capacity    ☒ Official Capacity

All Defendant's Acted and Continue to Act Under Color of State Law at All Times relevant to this Complaint.

## II. Basis for Jurisdiction

A. Plaintiff is bringing against Broward County Sheriff Officials a claim under § 1983 claim.

B. The federal constitutional claim(s) that are being violated by Broward County Sheriff officials is under the Eight Amendment cruel & unusal punishment Deliberate indifference clause Fourteenth Amendment under Due process clause for Deliberate indifference To serious medical needs

pg 3 of 14

C. Bivens Does NOT Apply.

D. All Defendants Acted and Continue to Act under Color of State law by. The Actions of The Broward sheriff office Deputy's Neglecting policy and procedure of the County Jail, Failing to properly House a Disabled inmate who can NOT properly Defend or protect himself and who should have been Housed in <u>ADA</u> medical Dormitory Do To His injury but WAS Housed in General population Do To The Neglect of Staff & Deputy's who Work for Dr. Gregory Tony and was. subjected To serious medical Injurie's Because of The Neglect, and failuer To protect.

pg 4 of 14

The Actions of Deputy Bradshaw by failing to have the inmate cleared by medical before confinement, violated policy and procedure, 8th Amendment Deliberate and deferance to cruel & unusal punishment causeing neglect to serious medical needs violateing Deliberate indiferance to serious medical needs.

The Actions of Sgt. Silver Supervisor to Deputy Bradshaw failing to over see the proper procedure conducted that inmate per policy be seen by medical pending admin confinement violated the plaintiff's due process to the 14 Amendment clause, violated the plaintiff's 8th Amendment to cruel & un-usal punishment causeing neglect to serious medical needs violateing Deliberate indiferance to serious medical needs.

pg 5 of 14

The actions of Sgt. John Doe violated the plaintiff's 8th Amendment cruel & unusal punishment, Deliberate indiferance to serious medical needs and Due process clause of the 14 Amendment.

The actions of Dr. Gregory Tony, Sheriff Deliberate indiferance to over seeing the operations are properly ran violated the plaintiff's Due process Rights and Deliberate indiferance to serious medical needs. Dr. Gregory Tony's "policy Hear Something, See Something, Say Something" caused the plaintiff to suffer mental and emotional Duress violateing the Deliberate indeferance clause to the 8th and 14 Amendment.

## STATEMENT OF FACTS

1. This incident derived from Broward Sheriff Deputy's neglecting policy and procedure of the County Jail of "Proper housing Assignment" to a Disabled person and one who is vunerable and can not protect himself.

pg 6 of 14

2. On December 15, 2024 The plaintiff was arrested in Palm Beach During such The plaintiff was seriously attacked by a K9 Dog, causeing his left arm to be vunerable to Re-injury to skin graft and torn ligaments and tendon's.

3. After multiple surgerys the plaintiff was Deemed to be Disabled/and or one who can not protect or Deffend himself, were the plaintiff was housed in the ADA medical Dormitory Do to his injuries and medical condition in west Palm Beach County Jail once Released from the Hospital Before Being Transfered To Broward County Jail

4. On or about April 10, 2025 The plaintiff was Transfered To North Broward Bureau and placed into open population Pod 11C2.

5. The plaintiff had several incidents with Both Sgt. Silver and Deputy Bradshaw who Both were aware I had a law suit pending against Deputys.

Pg 7 of 14

6. Both Sgt. Silver and Deputy Bradshaw have made comments during shake downs in refferance to my law suit and to my injury but failed to properly house the plaintiff or contact the proper personel to have the plaintiff re-house to protect the plaintiff from being a victim.

7. On or around 5-18-25 the plaintiff had an altercation with a inmate who was Deputy Bradshaw's Trustie

8. Deputy Bradshaw and Sgt. Silver entered the pod 11C2 at approx 1:00pm calling the plaintiff to the door.

9. Deputy Bradshaw and Sgt. Silver escorted Plaintiff to 11C3 pod, and continued to ask were the knife was, and Sgt. Silver instructed Deputy Bradshaw to strip search the plaintiff in the shower.

10. Deputy Bradshaw kept asking the plaintiff why did you get into it with my trustie and you went to far he says while strip searching the plaintiff.

pg 8 of 14

As the Plaintiff Turned in the Shower Deputy Bradshaw stated that is A nice foot print on your Left Side which was sustained in the Altercation.

The Plaintiff was the only person out of Several inmates to be Transfered and given A D.R. which It was the Plaintiff who was the Victim and who sustained Two Broken Ribs making the Sitsuation Bias

11. The Plaintiff was put into A empty cell while Sgt. Silver and Deputy Bradshaw went Back to the Plaintiff's unit and Searched his cell, Than leaveing the Plaintiff's personal property un-Attended Causing the property to be stolen by the inmates.

12. I was left in the empty cell and told I was being Transfered back to the main Jail, I ask to see medical and Deputy Bradshaw Laughed and said maybe later

pg 9 of 14

13. Approxitmatelly around 5:30pm while Sgt. John Doe Did his Security check I Asked To see medical as I couId Not Breath But was Told NO That you Are Being Transfered To The main Jail pending A D.R "Displinary Report"

14. Approxitmatelly around 7:00 pm The plaintiff was Finally Transfered and was Takin To Broward County main Jail Brought Directly To The 8th Floor Admin. Seg without seeing medical prior To Transfer after The altercation.

15. Around Approx 9-930 pm Deputy Butler upon Doing his Security check Found The plaintiff on The Floor Not Able To breath easily and Holding his rib Area, Deputy Butler Notifyed medical immeadiatelly.

16. After observation of Charge Nurse I was Takin to medical infirmary where The Charge Nurse called for The plaintiff to be rushed to outside Hospital

17. The plaintiff was Admitted To The Hospital Suffering (Two) 2 Broken Ribs, and (One) 1 punctured Lung From The Altercation at Around 1230 - 1:00 pm That Day.

pg 10 of 14

18. ON 5-19-25 the plaintiff gave a statement to L.T KATZ which included information on his Deputy illegally Bringing in contraband. were The plaintiff followed Gregory Tony's (Saying) Hear Something, See Something, Say Something. Which The plaintiff did He Told LT. KATZ AND paid A price for Being Honest and Letting it be KNOWN who and how Drugs were being Brought in to the facility.

## INJuries

The plaintiff Suffered (Two) 2-Broken Ribs and (one) 1-punctured Lung.

## Relief

wherefore, The plaintiff request that the court grant the following relief: AWARD Compenstory Damages in The following Amounts;

1. $75,000 Jointly and Severally against Deffendant's: Deputy Bradshaw and Sargent Silver

$50,000 Against Sargent John Doe

2. AWARD Punitive Damages in The Following:

$100,000 Against Defendant Sgt. Silver

$80,000 Against Defendant Deputy Bradshaw

$60,000 Against Defendant Sgt. John Doe

Grant Such other relief as it may Appear that plaintiff is entitled Too.

Plaintiff herein demands Jury Trial.

Exhaustion of Administrative Remedies and administrative procedures.

1. Non-Applicable for Defendants

A. Did your claim arise while you were confined in a Jail ☒ yes ☐ No AT: NORTH Broward Bureau JAIL.

B. Does The Jail have a grievance procedure ☒ yes ☐ No

C. The grievance procedure covered The D.R. Appeal.

pg 12 of

## Previous Law Suit's

1. To the best of my knowledge I have not had a case Dismissed on "three strike rule"

A. I have not filed any other law suits in state or federal court dealing with the same facts involed in this action.

## Certification and Closing

under Federal Rule of civil procedure 11, by signing below, I certify to the best of my knowledge information and belief that this complaint (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay or needlessly increase the cost of litigation (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reverseing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified will likely have evidentiar support after a reasonable opportunity for further investigation or Discovery; and (4) the complaint otherwise complies with the requirement(s) of Rule 11.

pg 13 of 14

A. I agree to provide the clerk's office with any changes to my address where case-related papers may be served. I understand that my failuer to keep a current address on file with the clerk's office may result in the dismissal of my case.

DATE OF Signing: 7/17/25

Signature of plaintiff: *Gary Riess*

Printed name of plaintiff: Gary Riess

INMATE # : 0531835

Prison address: Main Detention Center
P.O. Box 24716
West Palm Beach, FL.
33416

pg 14 of 14

Gary Riess
Jch # 053/835
PALM BEACH DETENTION CENTER
P.O. BOX 24716
W.P.B., FL 33416

USMS INSPECTED BY



REC'D BY _____ D.C.
JUL 25 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA - MIAMI

UNiteD StAte's District Cou
Southern District of FloriDA
office of the clerk
                    Room 8N(
400 North miAmi AveNue
miAmi, FL. 33128

Legal mail